IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FLOYD CLIFFORD COATES, Jr.,<br><br>        Defendant. | CASE NO. 24-CR-4021-1-LTS-KEM<br><br>**DEFENDANT'S MOTION TO EXTEND DEADLINES (UNRESISTED)** |

COMES NOW Defendant, FLOYD CLIFFORD COATES, Jr., and moves the Court to extend the 14 day deadline for a motion for acquittal or new trial pursuant to Fed. R. Crim. P. 29 and 33. In support, counsel states:

1. A jury verdict in the trial for the above-captioned case was returned on November 25, 2025, finding the Defendant guilty of Counts 1-4 and 7-8. (Doc. No. 187).

2. Under Fed. R. Crim. P. 29(c)(1), a Defendant may renew a motion for acquittal up to 14 days after a verdict. Under Fed. R. Crim. P. 33(b)(2), a defendant must move for a new trial within 14 days after a verdict. Defendant's counsel has requested production of the transcript of the 11-day trial in this matter. Once the transcript is produced, Defendant's counsel requires additional time to evaluate the trial and make the appropriate motions. Defendant's attorneys will be out of the office for periods of time during the upcoming holidays. In light of the above, the Defendant requests an extension of the above deadlines until January 9, 2026.

3. On behalf of their respective clients, AUSA Forde Fairchild and Mr. Rick Ramstad do not resist this motion to extend the motions deadlines to January 9, 2026, per counsels' meet and confer.

     WHEREFORE, the Defendant moves the court to extend the above deadlines until January 9, 2026.

                                   Respectfully submitted,

                                   */s/ J. Robert Black*
                                   BLACK & WEIR LAW OFFICES, LLC
                                   209 S. 19th Street, Suite 650
                                   Omaha, Nebraska 68102

1

(402) 965-1457 (phone)
(844) 222-2417 (fax)
rob@blackweirlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 2, 2025 I electronically filed the foregoing document with the Clerk of the District Court the ECF system, electronic notice of which shall be provided to all attorneys of record.

        By:    */s/ J. Robert Black*